UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROCKY MOUNTAIN FOREST PRODUCTS, INC.; ROCKY MOUNTAIN WOOD COMPANY, INC.; AND CNA CORPORATION<br><br>Defendants. | Case No. 1:17-cv-10579-ADB |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Plaintiff Conservation Law Foundation, Inc. (CLF), pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses the above-captioned action. Plaintiff respectfully states that voluntary dismissal without a court order is appropriate where, as here, the opposing parties have not submitted an answer to the complaint or moved for summary judgment.

Plaintiff's respectfully suggests that its voluntary dismissal of this action as to all defendants obviates the need for the status report ordered by this Honorable Court on September 7, 2018 (ECF No. 15). Should the Court desire a status report or further explanation, Plaintiff will be happy to oblige.

Respectfully submitted this 14th day of September, 2018,

1

CONSERVATION LAW FOUNDATION, INC.

By its attorney,

/s/ Zachary K. Griefen
Zachary K. Griefen, BBO No. 665521
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x 4011
zgriefen@clf.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed electronically through the

ECF system with the Court on September 14, 2018, has been sent electronically to the registered

participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent

to those indicated as non-registered participants, if any, on or before September 18, 2018.

/s/ Zachary K. Griefen
Zachary K. Griefen
BBO No. 665521
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x 4011
zgriefen@clf.org

Dated: September 14, 2018